UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RICHARD MADRID, CDCR No. AX-3761,<br><br>                      Plaintiff,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br>                      Defendant. | Case No.: 15cv1262-GPC-WVG<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE** |

On June 4, 2015, Mario Richard Madrid ("Plaintiff"), currently incarcerated at the Corcoran State Prison, and proceeding pro se, filed a civil rights complaint ("Compl.") pursuant to 42 U.S.C. § 1983, along with a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). (ECF Nos. 1, 2.)

On July 15, 2015, this Court conducted the required *sua sponte* screening and dismissed Plaintiff's Complaint for failing to state a claim and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b). (ECF No. 5.) Plaintiff was granted forty–five (45) days to file an amended pleading which cured the deficiencies of pleading identified by the Court. (*Id.*)

On September 16, 2015, Plaintiff filed his First Amended Complaint ("FAC"). (ECF No. 11.) The Court, once again, conducted the required *sua sponte* screening and dismissed Plaintiff's FAC for failing to state a claim on November 16, 2015. (ECF No. 14.) Plaintiff was given sixty (60) days to file an amended pleading. (*Id.*) Plaintiff filed a motion for reconsideration of the Court's Order which was denied. (ECF Nos. 16, 19.) However, Plaintiff also sought an extension of time to file his amended pleading which the Court granted on February 2, 2016 and gave Plaintiff an additional sixty (60) days to file his amended pleading. (ECF Nos. 18, 19.)

That date has since passed without Plaintiff filing an amended pleading; therefore, his case must now be dismissed.

**Conclusion and Order**

Accordingly, because Plaintiff has failed to comply with the Court's Order directing him to file a Second Amended Complaint, the Court hereby DISMISSES this civil action without prejudice for failing to comply with a Court Order and for the reasons set forth in the Court's November 16, 2015 Order.

The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 18, 2016

Hon. Gonzalo P. Curiel
United States District Judge